UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIAM G. BISHOP | CIVIL ACTION NO. 05-2224 |
| versus | JUDGE WALTER |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | **REFERRED TO:** **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons set forth in the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **AFFIRMED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 12th day of March, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE